UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  
STEPHANIE BROADNAX  
    Debtor(s)

Case No: 15-32168-DHW  
Chapter 13

## TRUSTEE'S AMENDED SUMMARY OF CONFIRMED CHAPTER 13 PLAN
## TO COMPLY WITH APPLICABLE COMMITMENT PERIOD

    The debtor's Chapter 13 case was filed on Saturday, August 8, 2015. A summary of the plan or the final modification was transmitted to the creditors under Fed. R. Bankr. P. 3015. The debtor's plan as currently confirmed will pay out in less than the applicable commitment period as required by law. The debtor's plan provides that if less than 100% the plan would commit all disposable income for the applicable commitment period.

    Wherefore, following is a Summary of the plan as modified to maintain the applicable commitment

1. Payments to raise the percentage to unsecured creditors to meet the applicable commitment period:

    Amount of debtor(s) plan payments:

**DEBTOR PAY SCHEDULE**

| DEBTOR NAME | PAYEE NAME | AMOUNT | FREQUENCY | START DATE |
|---|---|---|---|---|
| STEPHANIE BROADNAX | VOLUNTEERS OF AMERICA | 116.00 | BI-WEEKLY | 09/07/2015 |

    The percent to unsecured creditors is hereby increased to a 'POT' of $5,089.00, to maintain the applicable commitment period of 36 months

  Payable to:    **Chapter 13 Trustee**  
                 **P. O. Box 613108**  
                 **MEMPHIS TN 38101-3108**

2. Senior expenses and Administrative claims to be paid:

### ADMINISTRATIVE EXPENSES

| | | |
|---|---|---|
| Debtor's Attorney | Attorney's Fee Allowed | $3,000.00 |
| Chapter 13 Trustee | Notice Fee @ $.50 per copy | $1.00 |
| Chapter 13 Trustee | Trustee Administrative Fee | $266.67 |
| Clerk of Court | Filing Fee | $260.00 |

### SECURED, PRIORITY AND SPECIAL CLASS CLAIMS

**Secured**

| Creditor | 910/365 | Collateral Value | Interest | Payment |
|---|---|---|---|---|
| TITLE MAX | N | $3,500.00 | 4.75 % | $95.00 |
| TITLE MAX | N | $3,875.00 | 4.75 % | $85.00 |

In re                                                                  Case No: 15-32168-DHW
STEPHANIE BROADNAX                                                     Chapter 13
       Debtor(s)

**TRUSTEE'S AMENDED SUMMARY OF CONFIRMED CHAPTER 13 PLAN**

**TO COMPLY WITH APPLICABLE COMMITMENT PERIOD**

3. Payments on allowed unsecured claims (including undersecured claims) will be made after senior expenses and claims are paid.

Dated this Wednesday, July 5, 2017.           Sabrina L. McKinney
                                                             Chapter 13 Standing Trustee

                                                             /s/ *Sabrina L. McKinney*
                                                             Sabrina L. McKinney
                                                            Chapter 13 Standing Trustee

Office of the Chapter 13 Trustee
P.O. Box 173
Montgomery, AL 36101-0173
Phone: (334)262-8371
Fax: (334)262-8599
email: 13Trustee@ch13mdal.com

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the foregoing document on all parties in interest, by either electronic mail or by placing them in the United States Mail, postage prepaid, and properly addressed, this Wednesday, July 5, 2017.

                                                             /s/ *Sabrina L. McKinney*
                                                             Sabrina L. McKinney
                                                            Chapter 13 Standing Trustee