# Jack Ingram Motors, Inc.

Montgomery, AL
www.jackingram.com

## " It's Time to Love What You Drive "

| BUYER | CO-BUYER | | |
|---|---|---|---|
| STEPHANIE BROADNAX | | Deal #: | 300732 |
| | | Deal Type: | Retail |
| | | Deal Date: | 11/18/2017 |
| Home #: | Home #: | Print Time: | 02:33pm |
| Work #: | Work #: | Salesperson: | RICHEY ERIC DYAR |

### VEHICLE

| New ☐ | Stock #: | Description: | VIN: | Mileage: |
|---|---|---|---|---|
| Used ☑ | N19439A | 2015 KIA OPTIMA | 5XXGN4A79FG427168 | 39,714 |
| Demo ☐ | | | | |

### TRADE

### PAYMENTS

**Option 1: Purchase**

| Cash | $1,500.00 | $2,500.00 | $3,500.00 | $4,500.00 |
|---|---|---|---|---|
| 60 mth @ 21.99 | $ 431.95 | $ 404.22 | $ 376.49 | $ 348.77 |
| 63 mth @ 21.99 | $ 420.65 | $ 393.64 | $ 366.64 | $ 339.64 |
| 66 mth @ 21.99 | $ 410.48 | $ 384.13 | $ 357.77 | $ 331.42 |
| 72 mth @ 21.99 | $ 392.95 | $ 367.73 | $ 342.50 | $ 317.28 |

| | | |
|---|---|---|
| Market Value: | $ | 16,991.00 |
| Savings: | $ | 1,000.00 |
| Rebates: | $ | 0.00 |
| Total Financed Aftermarkets: | $ | 0.00 |
| **Sale Price:** | $ | 15,991.00 |
| Trade Value: | $ | 0.00 |
| **Trade Difference:** | $ | 15,991.00 |
| Retail Delivery Fee: | $ | 479.90 |
| State & Local Taxes: | $ | 590.16 |
| Total License and Fees: | $ | 16.50 |
| **Total Cash Price:** | $ | 17,077.56 |
| Your Payoff: | $ | 0.00 |
| **Delivered Price:** | $ | 17,077.56 |
| Service Agreement: | $ | 0.00 |
| Maintenance Agreement: | $ | 0.00 |
| GAP: | $ | 0.00 |
| Cash Down Payment + Deposit: | $ | 1,500.00 |
| Unpaid Balance: | $ | 15,577.56 |

x_____
Customer Acceptance