UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  Case No. 15−32168
 Chapter 13
Stephanie Broadnax,

   Debtor.

# NOTICE

Notice of Submission Error requiring refiling. Missing the Motion to Incur Debt document. Please file a corrected document within 7 days or your pleading may be dismissed (RE: related document(s)23 Rule 9007−1 Motion/Notice/Objection). Corrected filing due by 12/6/2017. (KC)

Dated November 29, 2017

Juan−Carlos Guerrero
Clerk of Court

In re:  
Stephanie Broadnax  
       Debtor

Case No. 15-32168-DHW  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 1127-2     User: kcopeland     Page 1 of 1     Date Rcvd: Nov 29, 2017  
                 Form ID: enotice     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 01, 2017.  
db           +Stephanie Broadnax,    2212 Briar Gate Dr,    Montgomery, AL 36116-2140

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****  
NONE.                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 01, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 29, 2017 at the address(es) listed below:  
         Bankruptcy Administrator    ba@almb.uscourts.gov  
         Richard D. Shinbaum    on behalf of Debtor Stephanie  Broadnax rshinbaum@smclegal.com,  
          scarter@smclegal.com;cthornton@smclegal.com  
         Sabrina L. McKinney    trustees_office@ch13mdal.com  
                                                                                              TOTAL: 3